IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



HOSPITALITY FURNISHINGS
AND DESIGN, INC.                                                                                    PLAINTIFF

vs.                                                                CAUSE NO.: 1:17cv21 H50-JCG

BILOXI LODGING, LLC                                                                                  DEFENDANT

## COMPLAINT

### JURY TRIAL REQUESTED

COMES NOW, Plaintiff, Hospitality Furnishings and Design, Inc., by and through its counsel of record, the law firm of Page, Mannino, Peresich & McDermott, P.L.L.C., and files this Complaint against Defendant, Biloxi Lodging LLC, and states the following, to-wit:

### I. PARTIES AND JURISDICTION

1. Plaintiff, Hospitality Furnishings and Design, Inc., is a Pennsylvania corporation.

2. Defendant, Biloxi Lodging, LLC, is a Mississippi limited liability company existing under the laws of the State of Mississippi, upon whom service of process can be had upon its registered agent, John Moore, 301 Highland Park Cove, Suite B, Ridgeland, Mississippi.

3. This Court has jurisdiction of the parties and the controversy as there is complete diversity of citizenship between the parties and the amount in controversy exceeds the jurisdiction limits pursuant to 28 U.S.C. Section 1332.

### II. INTRODUCTION AND FACTUAL INFORMATION

4. On September 18, 2015 Biloxi Lodging, LLC entered into the Procurement Agreement attached hereto as Exhibit "A". Hospitality Furnishings & Design, Inc. provided

valuable services, and pursuant to the Procurement Agreement, the value of the services rendered was $274,644.48.

5. Biloxi Lodging, LLC has paid $200,822.29 of that sum, but as evidenced by the Margaritaville Financial Summary attached hereto as Exhibit "B," Biloxi Lodging, LLC is still indebted to client for the sum of $73,564.67 plus interest.

## COUNT ONE- BREACH OF CONTRACT

6. Hospitality Furnishings & Design, Inc. adopts, re-alleges and incorporates by reference its allegations set forth in Paragraphs 1-6 of this Complaint.

7. Hospitality Furnishings & Design, Inc., and Biloxi Lodging, LLC, entered into an agreement under which Biloxi Lodging, LLC, was to pay for services provided for by Hospitality Furnishings & Design, Inc. Under the terms of the agreement, Hospitality Furnishings & Design, Inc., rendered services valued at $274,644.48. Biloxi Lodging, LLC has only paid $200,822.29 of that sum, leaving a balance of $73,565.67 plus interest at the contract rate and attorney's fees unpaid. Therefore, the agreement was not completed as proposed.

8. Biloxi Lodging, LLC, breached the contract by failing to fully pay Hospitality Furnishings & Design, Inc., as agreed upon.

## DEMAND FOR RELIEF:

WHEREFORE, PREMISES CONSIDERED the Plaintiff prays for the following relief:

A) Trial by jury;

B) Judgment for Plaintiff and against Defendant;

C) An award of damages in an amount which will fully and fairly compensate Plaintiff for the damages sustained;

D) An award of punitive damages against Defendant, as a result of its knowing, willful and intentional or reckless disregard for the rights of Plaintiff, in the amount of $150,000.00 in order to punish Defendant for its actions and to deter such activities by Defendant in the future;

E)   Reasonable attorney fees, costs, and expenses as provided by statute, including any and all prejudgment and post judgment interest; and

F)   Such other and further relief as may be deemed just and proper in the premises.

Respectfully submitted this 23rd day of January, 2017.

        HOSPITALITY FURNISHINGS & DESIGN, INC

      BY: PAGE, MANNINO, PERESICH & McDERMOTT

        _____
        NATHAN L. PRESCOTT (MSB# 101288)

NATHAN L. PRESCOTT (Ms. Bar No. 101288)
Nathan.Prescott@pmp.org
PAGE, MANNINO, PERESICH
 & McDERMOTT, P.L.L.C.
759 Howard Avenue
P. O. Drawer 289
Biloxi, MS 39533
Tel.: (228) 374-2100
Fax: (228) 432-5539