IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HOSPITALITY FURNISHINGS AND**
**DESIGN, INC.**                                                                                       **PLAINTIFF**

**V.**                                                                         **CASE NO.: 1:17-cv-00021-JCG**

**BILOXI LODGING, LLC**                                                               **DEFENDANT**

**CONSENT JUDGMENT OF DISMISSAL, WITH PREJUDICE**

THIS CAUSE having come on for hearing on the motion *ore tenus* of the Plaintiff and the Defendant for entry of this Consent Judgment, and the Court, having considered the same, and having found that Plaintiff and Defendant agree to the entry of this Consent Judgment, is of the opinion that the motion *ore tenus* should be granted;

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above styled and numbered Civil Action be, and the same hereby is, dismissed with prejudice.

SO ORDERED this the 20th day of August, 2018

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE

Agreed and Approved

/s/ W. Jarrett Little
W. Jarrett Little, Attorney for Defendant

/s/ Nathan L. Prescott
Nathan L. Prescott, Attorney for Plaintiff

Presented by:
W. Jarrett Little, MSB #104812
LENTZ & LITTLE, P.A.
2505 14th St., Ste. 100
Gulfport, MS 39501
(228) 867-6050
jarrett@lentzlittle.com