IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HOSPITALITY FURNISHINGS AND**
**DESIGN, INC.** **PLAINTIFF**

**V.** **CASE NO.: 1:17-cv-00021-JCG**

**BILOXI LODGING, LLC** **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Consent Judgment of Dismissal, With Prejudice, entered this date, and the Court being desirous that this matter be finally closed on its docket,

**IT IS ORDERED AND ADJUDGED** that the above captioned cause is dismissed with prejudice as to all parties.

**SO ORDERED** this the 20th day of August, 2018.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE